TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN















TEXAS COURT OF APPEALS, THIRD
DISTRICT, AT AUSTIN

 

 




 
 
 NO. 03-12-00495-CV
 
 




 

 

W. C. and L. H., Appellant

 

v.

 

Texas Department of Family and Protective Services,
Appellee

 

 

 




 
 
 FROM THE 126th
 District Court OF Travis COUNTY,
 
 NO. D-1-FM-11-000261,
 The Honorable Suzanne Covington, 
 JUDGE PRESIDING
 
 




 


 
 
                                                                 O
 R D E R
 PER CURIAM
 Appellant L. H. filed her notice of appeal on June
 29, 2012.  The appellate record
 was complete August 23, 2012,
 making appellant=s brief
 due September 12, 2012.  On September
 17, 2012, counsel for appellant filed a motion for extension of time
 to file her brief.  
 Recent amendments to the rules of judicial administration accelerate
 the final disposition of appeals from suits for termination of parental
 rights.  See Tex. R. Jud. Admin. 6.2(a), available at http://www.supreme.courts.state.tx.us/MiscDocket/12/12903200.pdf
 (providing 180 days for court’s final disposition).  The accelerated schedule constrains this
 Court’s leeway in granting extensions. 
 In this instance, we will grant the motion and order Ms. Tiffany
 Crouch Bartlett to file appellant=s
 brief no later than October 9, 2012.  If the brief is not filed by that date,
 counsel may be required to show cause why she should not be held in contempt
 of court.
 It is ordered on September 19,
 2012.
  
 Before Chief
 Justice Jones, Justices Rose and Goodwin